UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

IA Collaborative, LLC

       Plaintiff,

v.                  Case No.: 1:22–cv–05237
                   Honorable Matthew F. Kennelly

Fathom Loop, LLC

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, October 30, 2022:

  MINUTE entry before the Honorable Matthew F. Kennelly: The complaint in this case, which was file din federal court base don claimed diversity of citizenship, does not adequately describe the citizenship of either party. The citizenship of a limited liability company is that of <u>each</u> of its members, and if any member is an LLC, partnership, corporation, or other entity, citizenship may be traced all the way down. For plaintiff, it is not clear that the citizenship allegation covers <u>all</u> of the members of the plaintiff LLC, or just some of them. For defendant, the citizenship allegation concerns only the entity itself, which in the case of an LLC is essentially irrelevant. Plaintiff is directed to file an amended complaint by 11/7/2022 that adequately describes the citizenship of each party and properly establishes a basis for diversity jurisdiction. Defendant and its counsel are directed to cooperate in identifying the citizenship of the defendant LLC. In addition, by no later than 11/21/2022, the parties (or, if no defendant has yet appeared, the plaintiff(s)) are to file a joint status report that includes the following information: (1) the status of service of process upon each defendant; (2) a description of each party's claims and defenses; (3) details regarding any discussions concerning settlement, whether before or after the filing of the lawsuit; (4) a proposed discovery and pretrial schedule; and (5) any other matters that any party wishes to bring to the Court's attention. The case is set for a case management conference under Federal Rule of Civil Procedure 16 on 11/28/2022 at 9:35 a.m. The case management conference will be conducted by telephone, using the following call–in number: 888–684–8852, access code 746–1053. Plaintiff's counsel is directed to provide a copy of this order to any defendant that has not yet appeared by counsel via regular mail at the address at which the defendant has been or is to be served with process. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.