IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IA COLLABORATIVE, LLC,** | |
| Plaintiff, | No. 1.22-cv-5237 |
| vs. | |
| **FATHOM LOOP, LLC,** | Jury Trial Demanded |
| Defendants. | |

## FIRST AMENDED COMPLAINT

Plaintiff IA Collaborative, LLC for its First Amended Complaint against Defendant Fathom Loop, LLC, states as follows:

### PARTIES

1. Plaintiff IA Collaborative, LLC is a Delaware limited liability company with its principal place of business at 218 S. Wabash Avenue, 9th Floor, Chicago, Illinois 60604. Dan Kraemer and Kathleen Brandenburg are the only members of IA Collaborative, LLC and are both domiciled in Illinois.

2. Defendant Fathom Loop, LLC, is a Delaware limited liability company with its principal place of business at 8325 W. Happy Valley Road, Suite 115, Peoria, Arizona, 85383. Upon information and belief, no member of Fathom Loop, LLC is domiciled in Illinois.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. 1332, this Court has jurisdiction over the Defendant, because, *inter alia*, the Defendant transacts business in the State of Illinois and because no Plaintiff and Defendant are domiciled in the same state and the amount in controversy exceeds $75,000.

4. Pursuant to 28 U.S.C. 1391, venue is proper in this Court because Defendant transacts business in Cook County, Illinois.

5. Pursuant to the terms of the Master Services Agreement (the **"Contract"**), Defendant submitted to the jurisdiction of all Federal and State courts located in Chicago.

## COMMON ALLEGATIONS

6. On or about February 23, 2022, Defendant contracted with Plaintiff to perform certain services, including but not limited to certain research, design and consulting initiatives.

7. The Contract provides that Defendant shall pay invoices received for Plaintiff's services within 30 days. Additionally, Plaintiff may terminate the Contract at any time if payment is not received.

8. Subsequent to the execution of the Contract, Plaintiff commenced performance of the services pursuant to the Contract and provided the corresponding invoices to Defendant.

9. Despite sending several statements and notices of past due amounts, Defendant still refuses to pay any of the outstanding balance owed to Plaintiff.

10. The total balance due Plaintiff is $329,339.80, excluding all attorney's fees and costs incurred to enforce the terms of the Contract.

## COUNT I
## **BREACH OF CONTRACT**

11. Plaintiff adopts and incorporates by reference allegation nos. 1 – 10 as if fully alleged in this Count.

12. In February 2022, Defendant contracted with Plaintiff to provide it with certain services. The Contract sets forth the term of the valid and enforceable agreements between the parties.

13. Plaintiff dutifully provided services in accordance with the Contract and billed for those services in accordance with the Contract.

14. Plaintiff has performed all conditions precedent under the Contract.

15. Defendant has refused to pay the outstanding balances due and owing Plaintiff pursuant to the Contract and, by failing to pay, has breached the Contract.

16. Plaintiff has been injured as a direct and proximate result of Defendant's breach of the Contract. As of July 1, 2022, Defendant owes Plaintiff $329,339.80. Defendant also owes Plaintiff all attorney's fees and costs incurred to enforce the terms of the Contract, which is an amount that will be determined but will continue to grow as Plaintiff seeks to enforce the Contract. Plaintiff seeks damages under the Contract of more than $75,000.

WHEREFORE, Plaintiff IA Collaborative, LLC, requests that this Court enter judgment in its favor and against Defendant, Fathom Loop, LLC, and any further relief that the Court deems appropriate and just.

        Plaintiff IA Collaborative, LLC

By: _____
        One of its Attorneys

Daniel D. Caminiti
Handler Thayer, LLP
191 North Wacker Drive, Suite 2300
Chicago, Illinois 60606-1633
(312) 641-2100
dcaminiti@handlerthayer.com