IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IA COLLABORATIVE, LLC,

      Plaintiff,

vs.

                            No.  1.22-cv-5237

FATHOM LOOP, LLC,

                            Jury Trial Demanded

      Defendants.

## JOINT STATUS REPORT

Pursuant to this Court's Order, dated October 30, 2022 (Doc. 4) counsel for Plaintiff, IA Collaborative, LLC files this Report as follows:

1. **Service of Process**

    Counsel for Plaintiff has attempted several times to achieve formal service on Defendant. Initially, Defendant was responsive and cooperative with the litigation and advised counsel for Plaintiff that Defendant would be waiving service. Defendant was sent the appropriate waiver of service forms. Subsequent thereto, Defendant has refused to participate in the litigation. As such, Plaintiff must arrange for formal service of the Defendant. Plaintiff has not yet perfected service on Defendant.

2. **Claims and Defenses**

This action arises due to a breach of contract dispute between Plaintiff and Defendant. Defendant contracted with Plaintiff to provide services in early 2022. Plaintiff performed all conditions precedent under the contract and subsequently invoiced Defendant for its services. Defendant has refused to compensate Plaintiff for any and all services rendered; the balance of Defendant's invoices total $329,339.80, exclusive of all attorney's fees and costs associated with bringing this action. As Defendant has been unresponsive, Plaintiff is unaware of any defenses claimed by Defendant.

## 3. Settlement Discussions

Prior to the commencement of this action, Defendant was very communicative with counsel for Plaintiff regarding payment under the contract. However, subsequent to the filing of this action, Defendant has been unresponsive to all forms of communication.

## 4. Proposed Discovery and Pretrial Schedule

| | |
|---|---|
| Date of First Response (i.e., Answer, Notice of appearance, Motion for Extension of Time, Motion to Dismiss) | 1/4/2023 |
| Deadline for adding new parties, amendment of pleadings | 4/4/2023 |
| Deadline for Witness & Exhibit List (Witnesses MUST be listed by actual NAME of the witness, and not by designation (i.e., use of such designations as "Corporate Representative," "Records Custodian," "Adjustor," or "IME Doctor" standing alone is insufficient) | 11/15/2023 |
| Deadline for Expert Disclosure | 10/15/2023 |
| Deadline for Discovery Completion (including Depositions, excluding expert depositions) | 9/15/2023 |
| 7. Deadline for Dispositive Motions, including *Daubert* Motions-Failure to do so shall constitute a waiver at Trial of any *Daubert* related evidence objection or issue Responsibility for scheduling of the Hearing shall be upon the party filing the Motion or Objection. | 11/16/2023 |

| 8. Deadline for Mediation: | 12/15/2023 |
|---|---|
| 9. Trial Date | 1/16/2024 |

5.    **Other Matters**

None.

Plaintiff IA Collaborative, LLC

By:_____

One of its Attorneys

Daniel D. Caminiti
Handler Thayer, LLP
191 North Wacker Drive, Suite 2300
Chicago, Illinois 60606-1633
(312) 641-2100
dcaminiti@handlerthayer.com