IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IA COLLABORATIVE, LLC, | |
| Plaintiff, | No. 1.22-cv-5237 |
| vs. | |
| FATHOM LOOP, LLC, | |
| | Jury Trial Demanded |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's Orders, dated October 30, 2022 and January 14, 2023 (Doc. 4 and 14) counsel for Plaintiff, IA Collaborative, LLC and counsel for Defendant, Fathom Loop, LLC file this Joint Status Report as follows:

1. **Service of Process**

    Complete.

2. **Claims and Defenses**

    *Plaintiff's Claims:*

    This action arises due to a breach of contract dispute between Plaintiff and Defendant. Defendant contracted with Plaintiff to provide services in early 2022. Plaintiff performed all conditions precedent under the contract and subsequently invoiced Defendant for its services.

Defendant has refused to compensate Plaintiff for any and all services rendered; the balance of Defendant's invoices total $329,339.80, exclusive of all attorney's fees and costs associated with bringing this action.

*Defendant's Defenses:*

It is Defendant's position that Plaintiff failed to perform its services and obligations under the agreement. In the alternative, Defendant contends that it terminated the agreement prior to services being performed, and that to the extent services were performed, the amount of services performed were far less than the amount demanded in Plaintiff's invoices. Defendant will further specify its defenses in its forthcoming answer to the complaint.

3.  **Settlement Discussions**

Prior to the commencement of this action, the parties took efforts to attempt to resolve the dispute via negotiations, but were unsuccessful. Subsequent to the filing of this action, the parties have not engaged in further settlement discussions..

4.  **Proposed Discovery and Pretrial Schedule**

| | |
|---|---|
| Date for Defendant's Answer | 2/6/2023 |
| Deadline for adding new parties, amendment of pleadings | 4/4/2023 |
| Deadline for Witness & Exhibit List (Witnesses MUST be listed by actual NAME of the witness, and not by designation (i.e., use of such designations as "Corporate Representative," "Records Custodian," "Adjustor," or "IME Doctor" standing alone is insufficient) | 11/15/2023 |
| Deadline for Expert Disclosure | 10/15/2023 |
| Deadline for Discovery Completion (including Depositions, excluding expert depositions) | 9/15/2023 |

| | |
|---|---|
| 7. Deadline for Dispositive Motions, including *Daubert* Motions-Failure to do so shall constitute a waiver at Trial of any *Daubert* related evidence objection or issue<br>Responsibility for scheduling of the Hearing shall be upon the party filing the Motion or Objection. | 11/16/2023 |
| 8. Deadline for Mediation: | 12/15/2023 |
| 9. Trial Date | 1/16/2024 |

**5.  Other Matters**

   None.

                                        Plaintiff IA Collaborative, LLC



                                        By: /s/ Daniel Caminiti                          
                                              One of its Attorneys


Daniel D. Caminiti
Handler Thayer, LLP
191 North Wacker Drive, Suite 2300
Chicago, Illinois 60606-1633
(312) 641-2100
dcaminiti@handlerthayer.com

                                        Respectfully submitted,
                                        Fathom Loop, LLC

                                   By:  /s/ Ryan R. Van Osdol           
                                              One of its attorneys

Business Law Group, LLC
Ryan R. Van Osdol
Robert C. Bansfield, Jr.
15 N. 2nd St., Suite 100
Geneva, IL 60134

Phone No. (224) 353-6498
rvanosdol@thechicagobusinesslawyers.com