IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IA COLLABORATIVE, LLC. <br>     Plaintiff, <br><br> vs. <br><br> FATHOM LOOP, LLC, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case no. 22-cv-5237 <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**TO:**    Ryan Van Osdol
Business Law Group, LLC
15 N. 2nd Street, Suite 100
Geneva, IL 60134

    PLEASE TAKE NOTICE that on the 8th day of February, 2023, we served upon you Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

                                                IA COLLABORATIVE, LLC

                                                By: /s/ Daniel D. Caminiti

                                                     One of its attorneys

Daniel D. Caminiti
Handler Thayer, LLP
191 N. Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-641-2100
Email: dcaminiti@handlerthayer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies under penalties of perjury as provided by law pursuant to Section 1 – 109 of the Code of Civil Procedure, that the above Notice of Service and Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were ( ) hand delivered in open court, ( ) placed in the U.S. Mail properly addressed and mailed with first class postage prepaid, ( ) placed in the U.S. Mail properly addressed and mailed Certified Mail, return receipt requested, ( ) sent via Overnight Federal Express mail (x) sent via electronic mail to the parties listed above on February 8, 2023

*/s/ D. Caminiti*

Daniel Caminiti
Handler Thayer, LLP
191 N. Wacker Dr., Suite 2300
Chicago, IL 60606
Telephone: (312) 641-2100
E-mail: dcaminiti@handlerthayer.com