FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IA COLLABORATIVE, LLC, ) | |
|       Plaintiff, ) | |
| ) | Case No. 1:22-CV-05237 |
| vs. ) | |
| ) | Honorable Matthew F. Kennelly |
| FATHOM LOOP, LLC ) | |
|       Defendant. ) | |

**CERTIFICATE OF SERVICE**

**Via Courts Electronic Filing System/Email**
  Daniel Donald Caminiti
  Handler Thayer, LLP
  191 N. Wacker Drive, Suite 300
  Chicago, IL 60606
  (312)-641-2100
  dcaminiti@handlerthayer.com

      The undersigned hereby certifies that on before 5:00 PM on February 13, 2023, he caused a copy of the **Defendant's Federal Rule of Civil Procedure 26(a)(1)(A) Initial Disclosures** to be served on counsel registered with the Court's CM/ECF system, by electronic notification of the filing and email.

                                                  /s/ Robert C. Bansfield, Jr.
                                                      Robert C. Bansfield, Jr.

Business Law Group, LLC, Counsel for Defendant
Ryan R. Van Osdol (ARDC #6297823)
Robert C. Bansfield, Jr. (ARDC #6329415)
15 N. 2nd St., Suite 100
Geneva, IL 60134
Phone No. (224) 353-6498
rvanosdol@thechicagobusinesslawyers.com
rbansfield@thechicagobusinesslawyers.com