IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IA COLLABORATIVE, LLC. | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FATHOM LOOP, LLC, | ) Case no. 22-cv-5237 |
| | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF SERVICE

**TO:** Ryan Van Osdol
Business Law Group, LLC
15 N. 2nd Street, Suite 100
Geneva, IL 60134

    PLEASE TAKE NOTICE that on March 3, 2023, we served upon you Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Requests for the Production of Documents to Defendant.

                                      IA COLLABORATIVE, LLC


                                      /s/ Daniel D. Caminiti

                                      Daniel D. Caminiti
                                      Handler Thayer, LLP
                                      191 N. Wacker Drive, Suite 2300
                                      Chicago, IL 60606
                                      Phone: 312-641-2100
                                      Email: dcaminiti@handlerthayer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies under penalties of perjury as provided by law pursuant to Section 1 – 109 of the Code of Civil Procedure, that the above Notice of Service and First Set of Interrogatories to Defendant and Plaintiff's First Requests for the Production of Documents to Defendant were ( ) hand delivered in open court, ( ) placed in the U.S. Mail properly addressed and mailed with first class postage prepaid, ( ) placed in the U.S. Mail properly addressed and mailed Certified Mail, return receipt requested, ( ) sent via Overnight Federal Express mail (x ) sent via electronic mail to the parties listed above on March 3, 2023

/s/ Daniel D. Caminiti_____

Daniel Caminiti
Handler Thayer, LLP
191 N. Wacker Dr., Suite 2300
Chicago, IL 60606
Telephone: (312) 641-2100
E-mail: dcaminiti@handlerthayer.com